IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ANTHONY SHAW, | No. C 13-0624 LHK (PR) |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| OAKLEY POLICE DEPARTMENT, et al., | |
| Defendants. | |

On February 13, 2013, Plaintiff, proceeding *pro se*, filed a civil rights action pursuant to 42 U.S.C. § 1983. On April 11, 2013, this Court screened Plaintiff's complaint, and dismissed it with leave to amend. The Court directed Plaintiff to file an amended complaint within thirty days. Plaintiff was cautioned that his failure to file an amended complaint within thirty days would result in the dismissal of this action. To date, Plaintiff has not communicated with the Court.

Thus, the instant action is DISMISSED without prejudice. The Clerk shall terminate all pending motions, enter judgment, and close the file.

IT IS SO ORDERED.

DATED: 5/28/13

LUCY H. KOH
United States District Judge

Order of Dismissal
G:\PRO-SE\SJ.LHK\CR.13\Shaw624disAC.wpd