1

2

3

4

5

6

7

8

9          IN THE UNITED STATES DISTRICT COURT

10        FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

12   MICHAEL ANTHONY SHAW,            )     No. C 13-0624 LHK (PR)
                                       )
13              Plaintiff,             )     JUDGMENT
                                       )
      v.                               )
14                                     )
     OAKLEY POLICE DEPARTMENT, et al., )
15                                     )
                Defendants.            )
16                                     )

17        The Court has dismissed the instant action.  A judgment of dismissal without prejudice is

18   entered.  The Clerk shall close the file.

19        IT IS SO ORDERED.

20   DATED: __5/28/13__

21                                              LUCY H. KOH
                                                United States District Judge

22

23

24

25

26

27

28

Judgment
G:\PRO-SE\SJ.LHK\CR.13\Shaw624jud.wpd