IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL ANTHONY SHAW, | ) | No. C 13-0624 LHK (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| OAKLEY POLICE DEPARTMENT, et al., | ) | |
| Defendants. | ) | |

The Court has dismissed the instant action. A judgment of dismissal without prejudice is entered. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 5/28/13

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\SJ.LHK\CR.13\Shaw624jud.wpd